**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **OTTIS DUGAR and DEMITRI DUGAR,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| **v.** | ) | |
| | ) | **Magistrate Judge** |
| **P.O. R. FOYTIK , P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE Individually, The VILLAGE OF OAK PARK, a Municipal Corporation** | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

## COMPLAINT

NOW COME the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, P.O. FOYTIK P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE, individually, and the VILLAGE OF OAK PARK, a municipal corporation, as follows:

## COUNT I - FALSE ARREST/UNLAWFUL DETENTION

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, accomplished by acts and/or omissions of the Defendants, P.O. R. FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, P.O. JANE DOE, and VILLAGE OF OAK PARK, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, were at all relevant times, United States citizens and residents of the State of Illinois. The Plaintiffs are OTTIS DUGAR and DEMITRI DUGAR, respectively.

4. At all relevant times, the Defendants, P.O. R. FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE were duly appointed VILLAGE OF OAK PARK Police Officers acting within their scope of employment and under color of law.

5. The VILLAGE OF OAK PARK is a municipal corporation of the State of Illinois.

6. On or about February 26, 2020, the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, were conducting transactions at their regular local bank: U.S. Bank, 6011 W. North Ave., Oak Park, Illinois 60302.

7. After they completed their transactions, they started driving home.

8. In the vicinity of North Ave. and 1st Ave., they were stopped by one or more of the Defendant officers at gunpoint and taken into custody.

9. The Plaintiffs were taken into custody for alleged attempted bank robbery.

10. The Plaintiffs were handcuffed and taken into custody despite not matching the description of the suspects.

11. The Plaintiffs were taken into custody at gunpoint, seized, and handcuffed because they were black.

12. The Defendants never questioned the stop, arrest, and detention despite the obvious non-match to the alleged perpetrator and held the Plaintiffs in handcuffs despite clear evidence they were not involved in any robbery or crime.

13. The Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, were held against their will and interrogated despite clearly having nothing to do with the robbery.

14. The Plaintiffs feared for their lives and safety.

15. At all relevant times, the Defendants were acting pursuant to the customs and policies of the Oak Park Police Department.

16. The actions of the Defendants were intentional, willful, and with malice.

17. Said actions by the Defendants violated the Plaintiffs' Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. § 1983.

18. As a direct and proximate consequence of said conduct of the Defendants, P.O. R. FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, suffered violations of their constitutional rights, emotional anxiety, fear, humiliation, monetary expenses, monetary loss, pain and suffering, and future emotional and psychological fear.

WHEREFORE, the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, pray for judgment in their favor and against the Defendants, P.O. R FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – EXCESSIVE FORCE

1 - 14. The Plaintiffs hereby reallege and incorporate their allegations of paragraphs 1 – 14 of Count I as their respective allegations of paragraphs 1 – 14 of Count II as through fully set forth herein.

15. Guns were pointed at the Defendants despite no evidence that they were armed or dangerous.

16. DEMITRI DUGAR was tightly handcuffed and squished in the back of a squad car.

17. The actions of the Defendants and the physical manner in which the Plaintiffs were taken into custody were excessive, unreasonable, and unnecessary.

18. The Plaintiffs feared for their lives.

19. At all relevant times, the Defendants were acting pursuant to the customs and policies of the Oak Park Police Department.

20. The actions of the Defendants were intentional, willful, and with malice.

21. Said actions by the Defendants violated the Plaintiffs' Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. § 1983.

22. As a direct and proximate consequence of said conduct of the Defendants, P.O. R FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, suffered violations of their constitutional rights, emotional anxiety, fear, humiliation, monetary expenses, monetary loss, pain and suffering, and future emotional and psychological fear.

WHEREFORE, the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, pray for judgment in their favor and against the Defendants, P.O. R FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE in the amount of reasonable compensatory damages, punitive damages, attorneys' fees, and costs.

**COUNT III – VILLAGE OF OAK PARK: INDEMNIFICATION**

1-21. The Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, hereby reallege and incorporate their allegations of paragraphs 1-17 of Count I and 1-21 of Count II as their respective allegations of paragraph 1-21of Count III as though fully set forth herein.

22. Illinois Law provides that public entities are directed to pay ant tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

23. Defendants P.O. R FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE are or were employees of the VILLAGE OF OAK PARK Police Department and acted within the scope of their employment in committing this misconduct described herein.

24. If the individual Defendants, P.O. R FOYTIK, P.O. JONATHAN LEMMENES, P.O. KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE are found liable for any of the acts alleged above, the VILLAGE OF OAK PARK would be liable to pay the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, any judgment obtained against said Defendants.

WHEREFORE, should the individual Defendants, P.O. R FOYTIK, P.O. JONATHAN LEMMENES, P.O KANIECKI, P.O. DANIEL SILVA, and P.O. JANE DOE be found liable for any of the acts alleged above, the Defendant VILLAGE OF OAK PARK, would be liable to pay the Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, any judgment obtained against the Defendants.

**JURY DEMAND**

The Plaintiffs, OTTIS DUGAR and DEMITRI DUGAR, hereby request a trial by jury.

Respectfully submitted,
OTTIS DUGAR and DEMITRI DUGAR

By: */s/ Gregory E. Kulis*

One of Plaintiffs' Attorneys

**Gregory E. Kulis (No. 6180966)**
**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**p. (312) 580-1830 / f. (312) 580-1839**
**gkulis@kulislawltd.com**
**paralegal@kulislawltd.com**